# EXHIBIT 4

ADVERTISEMENT



Subscribe

**NO SECTION**

# Man pleads guilty to double murder in St. Paul sober home

Joseph Sandoval told police in 2022 that voices from the TV told him to kill Jason Murphy and Jon Wentz.

**By Kyeland Jackson**
The Minnesota Star Tribune

MAY 17, 2024 AT 3:11PM

ADVERTISEMENT



A St. Paul man pleaded guilty to murder Friday in the brutal stabbing deaths of two people in a sober home while he was in the throes of mental illness, claiming voices in a TV told him to do it.

Joseph Sandoval, 34, pleaded guilty to two charges of second-degree murder with intent on Friday. With the plea, he could earn consecutive prison sentences and could have future charges enhanced.

Prosecutors allege that Sandoval had taken fentanyl in 2022 before stabbing 56-year-old Jon Wentz and 40-year-old repairman Jason Murphy.

Ramsey County District Judge Joy Bartscher accepted the plea and reviewed prosecutors' evidence against Sandoval, stating that jurors would have enough evidence to find him guilty if he did go to trial.

Sandoval entered a Norgaard plea, which "allows a defendant to accept the consequences of their actions even though they are unable to provide a factual basis due to drug use or mental health impairment at the time," according to the Ramsey County Attorney's office.

"This tragic case is a heartbreaking reminder of the limits our mental health system faces when addressing the needs of those with profound mental illness in the justice system who are found incompetent to stand trial but do not receive adequate treatment or supervision," County Attorney John Choi said in a statement.

"Continuing to improve the connection between these two systems demands further legislative effort and funding. Our hearts go out to the Wentz and Murphy families who have suffered so profoundly due to these shortcomings."

Police arrested Sandoval on Oct. 22, 2022, after a man at a St. Paul intersection frantically reported a murder in his sober home. According to evidence reviewed in court Friday, that man lived in the home but was away for treatment. He had returned around 4:15 p.m. but said Sandoval had barricaded the entrance. Sandoval stopped the man from entering and said there was a mess inside. The man said he saw cuts and blood on Sandoval's face and that his eyes "looked crazy."

When the man entered through a side door, he found a trail of blood leading to Murphy's body. The man yelled and tried to run upstairs but was stopped by Sandoval. Prosecutors said they believe Sandoval struck the man and tried to detain him while saying he "needed

help getting rid of a body."

The man escaped and asked pedestrians for help, bringing police to the scene.

Officers found Sandoval nearby with bloody clothes and cuts on his hands and face. He admitted to using fentanyl and told officers that the voices in the TV had told him to kill Murphy and Wentz.

Sandoval later asked hospital staff to handcuff him and shackle his legs to the bed "because I don't know what I'll do."

"I was hearing noises. The TV kept saying take your opportunity, so I took my opportunity," he told officers that day, according to charging documents. "The TV said they were gonna kill me and told me to take the opportunity."

An autopsy determined Murphy and Wentz were stabbed to death. Wentz suffered "significant" facial injuries, and police found a hammer and knife nearby.

On Friday Sandoval claimed to have foggy memory of the killings but said he understands that pleading guilty will bring prison time. Defense Attorney Baylea Kannmacher said Sandoval's mental health has improved as he's taken prescribed medications and visited a mental health worker in jail.

A mental health evaluation found that Sandoval was competent to stand trial Friday, but his struggles with mental health and violence began years before.

According to the County Attorney's Office, Sandoval was under civil commitment in Hennepin County before killing Murphy and Wentz. He had been charged with several violent offenses, including first-degree burglary and assault, but a Hennepin County judge found him incompetent to stand trial in 2021.

A month later, Sandoval was committed to the Anoka Metro Regional Treatment Center but was transferred to the sober home managed by Evergreen Recovery on Oct. 22, 2022 – the day he killed Murphy and Wentz.

Bartscher scheduled a sentencing hearing for July 19.

Share

**+ ABOUT THE WRITER**

**Kyeland Jackson**
ST. PAUL POLICE REPORTER

Kyeland Jackson is the St. Paul public safety reporter for the Star Tribune.

See More ›

**More from No Section (Assign Gallery and Videos here)**                    See More ›

NO SECTION (ASSIGN GALLERY AND VIDEOS HERE)
## Photos show the damage after the latest missile and drone strike targeting Kyiv

Kyiv was targeted with waves of drone and missile attacks overnight into Friday in the largest aerial assault since Russia's full-scale invasion of Ukraine began more than three years ago, officials said, amid a renewed Russian push to capture more of its neighbor's land.

NO SECTION (ASSIGN GALLERY AND VIDEOS HERE)

Photos of funeral for slain Minnesota lawmaker Melissa Hortman and her husband

NO SECTION (ASSIGN GALLERY AND VIDEOS HERE)

Photos show arrest of suspect in the shooting of lawmakers in Minnesota following a huge search

## Around the Web

Sponsored by REVCONTENT

**LIBIYI**
This New AC Cools Down A Room In Minutes And Is Sweeping District of Columbia

**FRIDAYPLANS**
Costco Shoppers Say This $7 Generic Cialis Is Actually Worth It

**HEALTH WELLNESS JOURNAL**
Cardiologists: Losing a Hanging Tummy Comes Down To This 1 Thing

**GUNDRY MD**
U.S. Cardiologist Warns About Blueberries for Breakfast

**GUNDRYMD**
Top Cardiologist Begs: Quit Eating Blueberries Before This Happens

**HEALTH HEADLINES**
Neurologists: 1/2 Cup Each Morning Relieves Neuropathy Quickly! (Watch Now)

✦ PREMIUM DIGITAL ACCESS

## GET IMMEDIATE ACCESS TO EVERY STORY

**COMPANY**

About Us

Work for Us

News in Education

High School Sports Hubs

Policies and Standards

Contact Us

Donate

Minnesota's Best

Mobile and Tablet Apps

**ADVERTISE**

Get in Touch

Advertising Opportunities

Media Kit

Public Notices

Classifieds

Obituaries

**BUY**

Strib Store

Full Page Archive: 150+ years

Commercial Reprints

Photo Reprints

Back Copies

Licensing

**SUPPORT**

Help and Feedback

Newspaper Subscriptions

eEdition

Manage Your Account

Digital Access

Text to Speech

**WEBSITE**

Terms of Use

Cookie Settings

Site Index

Privacy Policy

Accessibility Statement

RSS

The Minnesota Star Tribune

© 2025 StarTribune. All rights reserved.

