# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNDERWRITERS AT LLOYD'S, LONDON, SYNDICATE 3624,<br><br>Plaintiff,<br><br>v.<br><br>EVERGREEN RECOVERY, INC., ANGELA MCGOWAN, ROBERT MURPHY, MOLLY BLUME,<br><br>Defendants. | Case No. 25-cv-2840 (PJS/JFD)<br><br>**ORDER** |

  An Amended Complaint was filed in this matter on August 6, 2025 (Dkt. No. 10). A Waiver of Service Form was filed on September 5th, showing defendants Molly Blume and Robert Murphy waived service on August 14, 2025 (Dkt. No. 12). More than 60 days have elapsed since Defendants Blume and Murphy timely waived service under Federal Rule of Civil Procedure 4(d) but no appearance has been entered by those defendants. The Federal Rules of Civil Procedure and the Local Rules of this District require that an answer or other pleading be filed. The Court notes that there has been no proof of service of the Amended Complaint on Defendant Evergreen Recovery, Inc.

  Accordingly, counsel for Plaintiff is directed to:

1. Notify Defendants Robert Murphy and Molly Blume or their counsel immediately that they are required to answer or otherwise respond to the Complaint <u>or</u> submit a stipulation for an extension of time to answer or otherwise respond within 10 days of this Order.

2. File the above notice in CM/ECF; and

2

3. If no answer or other response is filed by Defendants Robert Murphy or Molly Blume within 21 days of this Order, Plaintiff shall file an application for entry of default pursuant to Fed. R. Civ. P. 55(a) within 30 days of the date of this Order. Once default is entered by the Clerk of Court, Plaintiff shall promptly seek default judgment pursuant to Fed. R. Civ. P. 55(b); or

4. Advise the undersigned <u>in writing</u> of any good cause to the contrary.

Failure to comply with this Order may result in dismissal of this action for failure to prosecute.

Dated:   November 10, 2025

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge